# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 7, 2013

### NO.  03-12-00546-CV

**Clauklin LLC and Capital City Relocation, LLC, Appellants**

**v.**

**Stephen Shamel; Grace Shamel; and All Other Occupants of 2609 Bonnyrigg Ct., Cedar Park, Texas  78613, Appellees**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PEMBERTON**

---

**THIS DAY** came on to be submitted to this Court appellants' motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:  **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.